IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, ROBERT UHREN, and BRENT SHIVER, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 16-cv-10120 |
| v. | ) ) | Judge Ronald A. Guzman |
| TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE CLEARING, INC., and TD AMERITRADE, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, National Association of the Deaf, Robert Uhren, and Brent Shriver ("Plaintiffs"), and Defendants, TD Ameritrade Holding Corporation, TD Ameritrade Clearing, Inc., and TD Ameritrade, Inc. ("Defendants"), by their attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of Plaintiffs' Complaint in its entirety, with prejudice, with each side to bear his or its own costs and attorneys' fees, except as otherwise set forth in the Confidential Settlement Agreement.

Dated: July 17, 2017

| | |
|---|---|
| /s/ Daniel G. Austin | /s/William J. Wortel |
| Daniel G. Austin | William J. Wortel |
| AUSTIN LAW GROUP LLC | Bryan Cave LLP |
| 15 Salt Creek lane, Suite 321 | 161 N. Clark Street, Suite 4300 |
| Hinsdale, Illinois 60521 | Chicago, IL 60601 |
| (312) 829-2300 | (312) 602-5000 |
| austinlawgroup@outlook.com | bill.wortel@bryancave.com |
| *One of the Attorneys for the Plaintiffs* | *One of the Attorneys for Defendants* |