# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

National Association of the Deaf, et al.

                Plaintiff,

v.                                     Case No.: 1:16−cv−10120

                                                              Honorable Ronald A. Guzman

TD Ameritrade Holding Corporation, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 17, 2017:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' joint stipulation of dismissal [25], this case is dismissed with prejudice, all matters in controversy having been settled. Each party shall bear its own costs and attorneys' fees, except as otherwise set forth in the confidential settlement agreement. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.